IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civ. Action No. 19-cv-01578 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's November 1, 2019 Minute Order, the parties hereby submit the following Joint Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff American Oversight ("Plaintiff" or "American Oversight") upon the U.S. Department of Health and Human Services ("Defendant" or "HHS") seeking calendars or calendar entries for Shannon Royce, including all notes, invitees, and attachments, from May 14, 2017, to the date of the search.

2. In August, HHS informed Plaintiff that, because of IT issues, an efficient search for two years of calendar entries is extremely difficult at this time in the format Plaintiff requested. HHS and Plaintiffs agreed that HHS will begin producing six months of calendar entries (since identified as December 2017 through May 2018) using an alternative format while HHS seeks to resolve the IT issues. To help reduce the burden on the agency, HHS and Plaintiffs also agreed that HHS need not produce attachments to calendar entries at this time. Instead, Plaintiffs will identify specific calendar attachments that they would like the agency to process after review of the initial production.

3. On November 27, 2019, Defendant made its first production to Plaintiff. Defendant processed 1,249 pages of potentially responsive records, released 876 pages in their entirety, released 300 pages in part, with portions redacted, pursuant to Exemptions 5 and 6 of the FOIA, 5 U.S.C. §§ 552(b)(5), (b)(6), withheld 42 pages in their entirety pursuant to Exemption 5 of the FOIA, and sent 31 pages for further consultation and review.

4. On January 31, 2020, Defendant made its second production to Plaintiff. Defendant processed 1,509 pages of potentially responsive records, released 924 pages in their entirety and 544 pages with redactions, pursuant to Exemptions (b)(6) of the FOIA. Defendant determined that 25 pages were not relevant to the Plaintiff's request and sent 16 pages for review by another agency.

5. In January 2020, the parties agreed to a revised format for production. The parties agreed for Defendant's March 31, 2020 production, Defendant would provide the calendar entries for the entire time period in the revised format. The revised format consists of a spreadsheet of calendar entries that includes information, such as whether there are attachments, attendees, etc., along with a weekly calendar view, which Defendant believes will provide Plaintiff with the most complete information on each individual calendar entry. The parties further agreed that Plaintiff will be able to request further processing of specific records, including attachments, on a case-by-case basis upon review of the spreadsheet and weekly calendar view.

6. Pursuant to this agreement, on March 31, 2020, Defendant produced in PDF format one calendar page in full, and 115 calendar pages in part, with portions redacted. Defendant also released two spreadsheets (comprising over 200,000 rows), in part, with portions

redacted. The redactions to these records were made pursuant to Exemptions (b)(5) and (b)(6) of the FOIA.

7. Plaintiff is currently reviewing this production and anticipates soon identifying those calendar entries from 2017 with respect to which it requests further processing, as previously agreed. It will then do the same for 2018, and then 2019.

8. As agreed by the parties and ordered by the Court, the parties will file a further joint status report by Monday, June 29, 2020, regarding the further processing of any specific calendar entries identified by Plaintiff.

Dated:   April 28, 2020                    Respectfully submitted,

                                           */s/ Christine H. Monahan*
                                           CHRISTINE H. MONAHAN
                                           D.C. Bar No. 1035590
                                           AMERICAN OVERSIGHT
                                           1030 15th Street NW, B255
                                           Washington, DC 20005
                                           (202) 869-5244
                                           Email: christine.monahan@americanoversight.org

                                           *Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Darrell C. Valdez*
DARRELL C. VALDEZ, DC Bar # 420232
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, DC  20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*